NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALVIN MILLER,                                   )
                                                )
            Appellant,                          )
                                                )
v.                                              )        Case No. 2D17-756
                                                )
STATE OF FLORIDA,                               )
                                                )
            Appellee.                           )
_____)

Opinion filed February 2, 2018.

Appeal from the Circuit Court for Polk
County; Reinaldo Ojeda, Judge.

Howard L. Dimmig, II, Public Defender, and
Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.